E-FILED
Friday, 31 January, 2025  10:39:55 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 24-CR-20012** |
| **v.** | ) | |
| | ) | |
| **MICHAEL GIPSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## <u>ORDER APPROVING MAGISTRATE JUDGE RECOMMENDATION</u>

On January 16, 2025, a Report and Recommendation Concerning Plea of Guilty (#132) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen (14) days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Accordingly, Defendant Michael Gipson's plea of guilty as to Count 1 of the Indictment (#7) is accepted and Defendant is adjudged guilty on that count. The court orders that a pre-sentence investigation report be prepared. A sentencing hearing remains set for June 2, 2025, at 1:30 pm before this court.

ENTERED this 31st day of January 2025.

s/ *Colin S. Bruce*
COLIN S. BRUCE
U.S. DISTRICT JUDGE